**ANTHONY P. CAPOZZI, CSBN: 068525**
**LAW OFFICES OF ANTHONY P. CAPOZZI**
1233 W. SHAW AVE., SUITE 102
FRESNO, CALIFORNIA 93711
PHONE: (559) 221-0200
FAX: (559) 221-7997
EMAIL: Anthony@capozzilawoffices.com
www.capozzilawoffices.com

ATTORNEY FOR Defendant,
PATRICK MALDONADO

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

* * * * * *

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>    v.<br><br>PATRICK MALDONADO,<br><br>        Defendant. | Case No.: 1:18-CR-00253-DAD-BAM<br><br>**NOTICE OF REQUEST AND REQUEST TO SEAL DOCUMENTS AND ORDER** |

**TO: THE ABOVE ENTITLED COURT AND TO THE UNITED STATES ATTORNEY GENERAL FOR THE EASTERN DISTRICT OF CALFIORNIA:**

Defendant, Patrick Maldonado, by and through his attorney Anthony P. Capozzi, hereby requests that Exhibit B to Defendant's Motion for Release Pending Sentencing be filed under seal.

This request is made pursuant to Local Rule 141(a) which states that documents can be sealed only by written order of the United States District Court. Under the Local Rule access to all documents filed under seal is restricted to the Court and authorized court personnel.

The medical reports filed as Exhibit B are confidential information that is subject to the Defendant's mother's right to privacy.

Accordingly, it is requested that Exhibit B to Defendant's Motion for Release Pending Sentencing be Sealed.

Respectfully submitted,

Dated: May 25, 2021 By: */s/Anthony P. Capozzi*
ANTHONY P. CAPOZZI
Attorney for PATRICK MALDONADO

## **ORDER**

For reasons set forth above, the Defendant's request to have Exhibit B to Defendant's Motion for Release Pending Sentencing, be filed Under Seal is granted.

IT IS SO ORDERED.

Dated: **May 26, 2021**   _____
UNITED STATES DISTRICT JUDGE