PHILLIP A. TALBERT
Acting United States Attorney
KAREN A. ESCOBAR
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, California 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 1:18-CR-00253-DAD-BAM |
| Plaintiff, | PRELIMINARY ORDER OF FORFEITURE |
| v. | |
| PATRICK MALDONADO, and ELIAS ZAMBRANO, JR. | |
| Defendants. | |

Based upon the plea agreements entered into between the United States of America and defendants Patrick Maldonado and Elias Zambrano, Jr., it is hereby

ORDERED, ADJUDGED and DECREED as follows:

1. Pursuant to 21 U.S.C. § 853(a), defendants Patrick Maldonado and Elias Zambrano, Jr.'s interests in the following property shall be condemned and forfeited to the United States of America, to be disposed of according to law:

   a. Approximately $45,281.00 in U.S. Currency,

   b. 2008 Pace Gooseneck, VIN: 4P2W528272U035372;

   c. 2009 Ford Super Duty F450, Missouri License Plate: 33B5JB, VIN: 1FDAW47R59EA15765;

///

  d. Springfield Armory XD .45 caliber pistol, serial number US502468 with magazine;

  e. Glock-type 9mm pistol with no serial number;

  f. One Rock Island Armory, Model #: M1911-A1FS, .45 caliber pistol with serial number RIA1512714;

  g. Two 9mm Glock magazines;

  h. .45 caliber ACP magazine;

  i. SigPro 9mm magazine;

  j. Any and all magazines for holding rounds of ammunition and any rounds of ammunition;

  k. All ammunition seized in this case, including 8 rounds of .45 caliber ammunition, one box of 30 rounds of 9mm Winchester ammunition, and 3 miscellaneous rounds of ammunition.

2. The above-listed assets constitute, or are derived from, any proceeds the defendants obtained, directly or indirectly, or is property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of a violation of 21 U.S.C. §§ 841(a)(1), 841(b)(1)(B), and 846.

3. Pursuant to Rule 32.2(b), the Attorney General (or a designee) shall be authorized to seize the above-listed property. The aforementioned property shall be seized and held by the U.S. Marshals Service in its secure custody and control.

4. a. Pursuant to 21 U.S.C. § 853(n) and Local Rule 171, the United States shall publish notice of the order of forfeiture. Notice of this Order and notice of the Attorney General's (or a designee's) intent to dispose of the property in such manner as the Attorney General may direct shall be posted for at least thirty (30) consecutive days on the official internet government forfeiture site www.forfeiture.gov. The United States may also, to the extent practicable, provide direct written notice to any person known to have alleged an interest in the property that is the subject of the order of forfeiture as a substitute for published notice as to those persons so notified.

         b. This notice shall state that any person, other than the defendants, asserting a legal interest in the above-listed property, must file a petition with the Court within sixty (60) days from the first day of publication of the Notice of Forfeiture posted on the official government forfeiture site, or within thirty (30) days from receipt of direct written notice, whichever is earlier.

    5. If a petition is timely filed, upon adjudication of all third-party interests, if any, this Court will enter a Final Order of Forfeiture pursuant to 21 U.S.C. § 853(a), in which all interests will be addressed.

IT IS SO ORDERED.

Dated: **June 16, 2021**

                             /s/ Dale A. Drozd
                             UNITED STATES DISTRICT JUDGE