ANTHONY P. CAPOZZI, CSBN: 068525
THE LAW OFFICE OF ANTHONY P. CAPOZZI
1233 West Shaw Avenue, Suite 102
Fresno, California 93711
Telephone:   (559) 221-0200
Facsimile:   (559) 221-7997
E-Mail:      Anthony@ capozzilawoffices.com
www.capozzilawoffices.com

Attorney for Defendant,
PATRICK MALDONADO

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

******

| | |
|---|---|
| UNITED STATES OF AMERICA. | CASE NO.: 1:18-CR-00253-DAD-BAM |
| Plaintiff, | ORDER REGARDING RECONVEYANCE OF REAL PROPERTY AND EXONERATION OF BOND |
| v. | |
| PATRICK MALDONADO, | |
| Defendant. | |

**TO THE HONORABLE COURT AND TO THE ASSISTANT UNITED STATES ATTORNEY:**

On June 22, 2021, a Deed/Trust Doc-2021-0101705 was posted by Louie Robert Maldonado, as a single man as Trustor to the U.S. District Court for the Eastern District of California, Trustee and as Beneficiary described as:

Lot 4 of Tract No. 1801, State College No. 2, in the City of Clovis, the County of Fresno, California, according to the Map thereof, recorder June 22, 1960, in Book 20, Pages(s) 31 and 32 Plats, recorders in the Office of the County Recorder of said County. APN420-134-07.

This case having been closed it is hereby **ORDERED** that:

The Deed of Trust, DOC-2021-0101705 posted by Louie Robert Maldonado, as a single man as Trustor to the US. District Court, for the Eastern District of California, Trustee and as Beneficiary described as:

> Lot 4 of Tract No. 1801, State College No. 2, in the City of Clovis, the County of Fresno, California, according to the Map thereof, recorder June 22, 1960, in Book 20, Pages(s) 31 and 32 Plats, recorders in the Office of the County Recorder of said County.
>
> APN420-134-07.

Be **RECONVEYED** to Louie Robert Maldonado and that the Property Bond in the above-Entitled case be exonerated forthwith.

IT IS SO ORDERED.

Dated:   **January 6, 2022**

_____
UNITED STATES DISTRICT JUDGE