PHILLIP A. TALBERT
United States Attorney
KAREN A. ESCOBAR
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, California 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 1:18-CR-00253-NODJ-BAM |
|---|---|
| Plaintiff, | FINAL ORDER OF FORFEITURE |
| v. | |
| PATRICK MALDONADO, ELIAS ZAMBRANO, JR., and TAN MINH VO, | |
| Defendants. | |

On June 16, 2022, and on or about December 20, 2022, this Court entered a Preliminary Order of Forfeiture pursuant to the provisions of 21 U.S.C. § 853(a), based upon the plea agreements entered into between plaintiff and defendants Patrick Maldonado, Elias Zambrano, Jr., and Tan Minh Vo forfeiting to the United States the following property:

a. Approximately $45,281.00 in U.S. Currency;
b. 2002 Pace Gooseneck, VIN: 4P2W528272U035372;
c. 2009 Ford Super Duty F450, Missouri License Plate: 33B5JB, VIN: 1FDAW47R59EA15765;
d. Springfield Armory XD .45 caliber pistol, serial number US502468 with magazine;
e. Rock Island Armory, Model #: M1911-A1FS, .45 caliber pistol with serial number RIA1512714;
f. Custom Glock 9mm pistol;
g. Two 9mm Glock magazines;
h. .45 caliber ACP magazine;

      i. SigPro 9mm magazine;
      j. Any and all magazines for holding rounds of ammunition and any rounds of ammunition; and
      k. All ammunition seized in this case, including 8 rounds of .45 caliber ammunition, one box of 30 rounds of 9mm Winchester ammunition, and 3 miscellaneous rounds of ammunition.

Beginning on August 11, 2022, for at least thirty (30) consecutive days, the United States published notice of the Court's Order of Forfeiture on the official internet government forfeiture site www.forfeiture.gov. Said published notice advised all third parties of their right to petition the Court within sixty (60) days from the first day of publication of the notice for a hearing to adjudicate the validity of their alleged legal interest in the forfeited property.

The United States sent direct written notice by certified mail to the following individuals known to have an alleged interest in the property:

    a. Henry Phillip Hartmann: On September 12, 2022, a notice letter was sent via certified mail to Henry Phillip Hartmann at 2811 S. Scotts Lane, Springfield, MD 65807. Neither the certified mail parcel nor the PS Form 3822 (certified mail "green card" showing delivery of mail) were returned to the U.S. Attorney's Office. The USPS Tracking Results show delivery was made on September 17, 2022.

    b. Nicole Burke: On September 12, 2022, a notice letter was sent via certified mail to Nicole Burke at 765 S. 10th Street, San Jose, CA 95112. The envelope was returned to the U.S. Attorney's Office marked as "unable to forward, no matching coa."

    c. Nicole Burke: On September 12, 2022, a notice letter was sent via certified mail to Nicole Burke at 36058 17½ Avenue, Madera, CA 93636. The envelope was returned to the U.S. Attorney's Office marked as "attempted – not known, unable to forward."

    d. Nicole Burke: On December 21, 2022, a notice letter was sent via certified mail to Nicole Burke at 909 Welburn Ave., Gilroy, CA 95020. The PS Form 3811 (certified mail "green card" showing delivery of mail) was signed on December 23, 2022, by N Burke.

The Court has been advised that no third party has filed a claim to the subject property, and the time for any person or entity to file a claim has expired.

///

///

///

Accordingly, it is hereby ORDERED and ADJUDGED:

1. A Final Order of Forfeiture shall be entered forfeiting to the United States all right, title, and interest in the above-listed property pursuant to 21 U.S.C. § 853(a), including all right, title, and interest of Patrick Maldonado, Elias Zambrano, Jr., Tan Minh Vo, Henry Phillip Hartmann, and Nicole Burke.

2. All right, title, and interest in the above-listed property shall vest solely in the name of the United States of America.

3. The U.S. Marshals Service shall maintain custody of and control over the subject property until it is disposed of according to law.

DATED: April 3, 2024.

_____
CHIEF UNITED STATES DISTRICT JUDGE